TIMOTHY COURCHAINE
United States Attorney
District of Arizona

THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

FILED ☑   LODGED ___
RECEIVED ___ COPY ___

JUL 0 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,  |  CR-25-00969-PHX-MTL (ESW) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 113(a)(6) (CIR-Assault Resulting in Serious Bodily Injury) Count 1 |
| Deon Lee Placencia, | |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about February 19, 2025, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, Defendant, DEON LEE PLACENCIA, an Indian, did intentionally, knowingly, and recklessly assault Jane Doe, resulting in serious bodily injury.

///
///
///
///
///
///

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 1, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
THOMAS C. SIMON
Assistant U.S. Attorney